## Norris *against* Beach.

NEW YORK,
May, 1807.

GRIFFIN moved that the defendant be discharged from the arrest in this cause. He read an affidavit, stating that the defendant resided in the state of *Connecticut*, and had attended this court at the request of an executor and devisee of a will for the purpose of proving the will, to which he was a subscribing witness pursuant to the act; and that after he had given the requisite testimony, he was proceeding from court on his way home, when he was arrested at the suit of the plaintiff, on a writ issued out of the mayor's court.

*Per Curiam.* We have power to compel the attendance of witnesses, and when they do attend we are bound to protect them *redeundo*. Take your rule.

Rule granted.

*A witness who attended the court to prove a will, was arrested on his return home, by process out of the mayor's court, and this court, on motion, discharged him from the arrest.*